**94–2324.** State v. Schaffer. *Summit County,* No. 16712. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and WRIGHT, J., dissent.

**94–2342.** State v. Whalen. *Hamilton County,* No. C–930367. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., dissents.

**94–2367.** State v. McKenzie. *Cuyahoga County,* No. 59850. On motion for leave to file delayed appeal. Motion denied.

**94–2384.** State v. Wright. *Cuyahoga County,* No. 58953. On motion for leave to file delayed appeal. Motion denied.

**94–2396.** State v. Shepherd. *Cuyahoga County,* No. 62894. On motion for leave to file delayed appeal. Motion denied.

**94–2400.** Hacker v. Dickman. *Erie County,* No. E–93–65. On review of order certifying a conflict and on motion urging Supreme Court to determine that a conflict does not exist. The court determines that a conflict exists; the parties are to brief the issue of the construction of the exclusionary clause, as set forth in the court of appeals' Decision and Judgment Entry, decided November 2, 1994.

DOUGLAS, J., dissents.

RESNICK, J., not participating.

**94–2412.** State v. Croy. *Union County,* No. 14–93–2. On motion for leave to file delayed appeal. Motion denied.

**94–2495.** Visocky v. Farmers Ins. of Columbus. *Cuyahoga County,* No. 66356. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue set forth in the court of appeals' Journal Entry, filed October 25, 1994.

*Sua sponte,* this cause is consolidated with 94–2212, *infra.*